1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   JONATHAN L. McDONALD
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  NO. CR-S-04-0460 EJG
                                     )
13                   Plaintiff,      )
                                     )  STIPULATION AND ORDER TEMPORARILY
14       v.                          )  RELEASING DEFENDANT
                                     )
15  JONATHAN L. McDONALD,            )
                                     )
16                   Defendant.      )
                                     )
17  _____ )

18

19       The United States of America through Robert Tice-Raskin, Assistant

20  United States Attorney;  defendant, JONATHAN L. McDONALD, by and

21  through his counsel, Matthew C. Bockmon, Assistant Federal Defender;

22  and with the agreement of Glenn Simon, United States Probation Officer,

23  agree to an order temporarily releasing Mr. McDonald from custody from

24  March 15, 2007, through March 19, 2007, to help his wife who is

25  scheduled for cancer surgery on March 16, 2007.

26       In the alternative, the parties ask the Court to hear this request

27  for temporary release on March 16, 2007, at 10:00 a.m.

28  //

1   Dated: March 14, 2007

2                                          Respectfully submitted,

3                                          DANIEL J. BRODERICK
                                           Federal Defender
4
                                           /s/ Matthew C. Bockmon
5                                          _____
                                           MATTHEW C. BOCKMON
6                                          Assistant Federal Defender
                                           Attorney for Defendant
7                                          JONATHAN L. McDONALD

8   Dated:  March 14, 2007

9                                          MCGREGOR W. SCOTT
10                                         United States Attorney

11                                         /s/ Robert Tice-Raskin
                                           _____
12                                         ROBERT TICE-RASKIN
                                           Assistant U.S. Attorney
13                                         per telephonic authority

14

15

16
                                **O R D E R**
17
    IT IS SO ORDERED, releasing Defendant JONATHAN L. McDONALD, from
18
    custody from March 15, 2007, until March 19, 2007, at 2:00 p.m.
19
    Defendant to self-surrender to the U.S. Marshal no later than March 19,
20
    2007, at 2:00 p.m. Defendant remains subject to all terms and
21
    conditions of supervision previously ordered.
22

23  Dated:  March 14, 2007
                                           /s/ Edward J. Garcia
24                                         EDWARD J. GARCIA
                                           United States District Judge
25

26

27

28

    Stipulation and Order
    re Temporary Release                   2